**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

ELANA AIELLO,

     *Plaintiff,*

  v.

EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION
SERVICES, LLC; TRANS UNION LLC;
and NELNET SERVICING, INC.

     *Defendants.*

Civil Action No. 4:25-cv-40131-MRG

## NOTICE OF APPEARANCE OF TAYLOR S. HAWKINS

Please enter the appearance of Taylor S. Hawkins of the law firm of Goodwin Procter LLP as counsel of record for Defendant Experian Information Solutions, Inc. in the above-captioned action.

Dated: June 26, 2026

Respectfully submitted,

*/s/ Taylor S. Hawkins*
Taylor S. Hawkins (BBO# 717967)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: +1 617 570 1098
Facsimile: +1 617 523 1231
taylorhawkins@goodwinlaw.com

*Counsel for Defendant Experian
Information Solutions, Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

I, Taylor S. Hawkins, hereby certify that on June 26, 2026, I caused a true and correct copy of the foregoing document to be served by CM/ECF to all parties registered to the Court's CM/ECF system.

*/s/ Taylor S. Hawkins*
Taylor S. Hawkins
