**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ELANA AIELLO,<br><br>        *Plaintiff*,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and NELNET SERVICING, INC.,<br><br>        *Defendant*. | Civil Action No. 4:25-cv-40131-MRG |

## MOTION FOR *PRO HAC VICE* ADMISSION OF AMY TSO

Pursuant to Local Rule 83.5.3(b) of the Local Rules of United States District Court for the District of Massachusetts, Defendant Experian Information Solutions, Inc. ("Defendant"), by its undersigned attorneys, hereby moves for admission *pro hac vice* of its counsel Amy Tso.  As grounds, Defendant states as follows:

1.      Amy Tso is an attorney practicing with the law firm Goodwin Procter LLP, 1900 N Street, N.W., Washington, DC 20036, and is a member in good standing of the bars of the State of California and the District of Columbia.

2.      In support of this motion, Defendant submits **Exhibit A**, the Certification of Amy Tso, which states that she is a member in good standing in every jurisdiction in which she is admitted to practice, that there are no disciplinary proceedings pending against her in any jurisdiction, and that she is familiar with the Local Rules of this Court.

WHEREFORE, Defendant respectfully requests that the Court grant the *pro hac vice* admission of Amy Tso.

Dated: June 30, 2026

Respectfully submitted,


<u>/s/  Taylor Shanese Hawkins</u>
Taylor Shanese Hawkins (BBO# 717967)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1098
Fax:  (617) 523-1231
TaylorHawkins@goodwinlaw.com

*Counsel for Defendant Experian Information Solutions, Inc.*

2

## CERTIFICATE OF SERVICE

I, Taylor Hawkins, hereby certify that on June 30, 2026, I caused a true and correct copy of the foregoing document to be served by CM/ECF to all parties registered to the Court's CM/ECF system.


*/s/ Taylor Shanese Hawkins*
Taylor Shanese Hawkins